

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed April 28, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Northern DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-46565-RFN-13 |
| | § | |
| DANIEL NORMAN WOOD and | § | |
| AMANDA FAY WOOD, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK, N.A. IT'S | § | |
| SUCCESSORS AND/OR ASSIGNS, | § | |
|    Movant | § | HEARING DATE: 04/28/2010 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| DANIEL NORMAN WOOD and | § | |
| AMANDA FAY WOOD; ALICE | § | |
| WHITTEN, Trustee | § | |
|    Respondents | § | JUDGE RUSSELL NELMS |

**AGREED ORDER LIFTING STAY
AS TO DEBTOR**

On this day came on before the Court the Motion of U.S. BANK, N.A. IT'S

SUCCESSORS AND/OR ASSIGNS, Movant, for Relief from the Automatic Stay. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT TWENTY (20), EDGEWOOD SUBDIVISION, PHASE I, AS PER MAP OR PLAT ON FILE AND OF RECORD IN THE HARRISON COUNTY, CHANCERY CLERKS OFFICE, FIRST JUDICIAL DISTRICT, IN PLAT BOOK 46 AT PAGE 3 THEREOF, REFERENCE TO WHICH IS HEREBY MADE IN AID OF AND AS A PART OF THIS DESCRIPTION.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ CHERI ABBAGE

| | |
|---|---|
| CHERI ABBAGE | LISA ANNE LANDOLT |
| TX NO. 24010302 | 5601 BRIDGE STREET, SUITE 336 |
| 1900 ST. JAMES PLACE SUITE 500 | FORT WORTH, TX 76112 |
| HOUSTON, TX 77056 | |
| Telephone: (713) 621-8673 | ATTORNEY FOR DEBTORS |
| Facsimile: (972) 386-7673 | |
| E-mail: NDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |

advised Debtor is surrendering the subject property and the Motion should be granted.

Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT TWENTY (20), EDGEWOOD SUBDIVISION, PHASE I, AS PER MAP OR PLAT ON FILE AND OF RECORD IN THE HARRISON COUNTY, CHANCERY CLERKS OFFICE, FIRST JUDICIAL DISTRICT, IN PLAT BOOK 46 AT PAGE 3 THEREOF, REFERENCE TO WHICH IS HEREBY MADE IN AID OF AND AS A PART OF THIS DESCRIPTION.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ CHERI ABBAGE
_____
CHERI ABBAGE
TX NO. 24010302
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 386-7673
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

_____
LISA ANNE LANDOLT
5601 BRIDGE STREET, SUITE 336
FORT WORTH, TX 76112

ATTORNEY FOR DEBTORS